IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Doe, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Heritage Academy, Inc., et al.,<br><br>　　　　　　Defendants. | No. CV-16-03001-PHX-SPL<br><br>**ORDER** |

Plaintiffs have moved for reconsideration of the Court's order dismissing the first amended complaint with leave to amend. (Doc. 107.) Having reviewed that request, the Court will call for a response from Defendants. *See* LRCiv 7.2(g)(2) ("No response to a motion for reconsideration and no reply to the response may be filed unless ordered by the Court…"). Such response may be consolidated with any response to Plaintiffs' motion for leave to file a second amended complaint. (Doc. 108.) Accordingly,

**IT IS ORDERED** that Defendants shall have until **July 10, 2017** to file a response to Plaintiffs' Motion for Reconsideration (Doc. 107).

Dated this 23rd day of June, 2017.

Honorable Steven P. Logan
United States District Judge